UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GARY T. MCNAMARA,<br>    Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | )<br>)<br>)    No. 1:12-cv-241<br>)<br>)    HONORABLE PAUL L. MALONEY<br>)<br>)<br>) |

## **JUDGMENT**

The Court has affirmed the decision of the Commissioner denying McNamara supplemental social security benefits. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   December 30, 2014                              /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         Chief United States District Judge